PEOPLE v LEIGH, No. 137599; Court of Appeals No. 279202.

PEOPLE v TERRANCE RUSSELL, No. 137601; Court of Appeals No. 287046.

PEOPLE v WAGNER, No. 137602; Court of Appeals No. 287015.

PEOPLE v HOLBROOK, No. 137605; Court of Appeals No. 271562.

NATIONWIDE MUTUAL FIRE INSURANCE CO v KERSH, No. 137612; Court of Appeals No. 284903.

PEOPLE v TIMOTHY ANDREWS, No. 137613; Court of Appeals No. 277777.

PEOPLE v FITCHETT, No. 137617; Court of Appeals No. 277063.

SCHMITT v GILL INDUSTRIES, INC, No. 137622; Court of Appeals No. 284740.

PEOPLE v JENSEN, No. 137632; Court of Appeals No. 279437.

PEOPLE v TYMCZYN, No. 137638; Court of Appeals No. 280233.

PEOPLE v AARON FOX, No. 137645; Court of Appeals No. 287185.

PEOPLE v IRA McCOY, No. 137654; Court of Appeals No. 277852.

RENUSCH v G & F PROTOTYPE PLASTER, INC, No. 137656; Court of Appeals No. 285872.

PEOPLE v LIDDELL, No. 137689; Court of Appeals No. 272777.

PEOPLE v ANTONIO REED, No. 137713; Court of Appeals No. 278567.


*Reconsideration Denied January 27, 2009:*

GATES v USA JET AIRLINES, INC, No. 136097. Summary disposition entered at 482 Mich 1005. Court of Appeals No. 272860.

PEOPLE v PEARSON, No. 136196. Leave to appeal denied at 482 Mich 988. Court of Appeals No. 279654.

PEOPLE v STROSS, No. 136235. Summary disposition entered at 482 Mich 979. Court of Appeals No. 271764.
KELLY, C.J. I would grant reconsideration and, on reconsideration, would deny leave to appeal.

ANDRES v BROWN, No. 136294. Summary disposition entered at 482 Mich 985. Court of Appeals No. 276473.

PEOPLE v GARDNER, No. 136378. Leave to appeal denied at 482 Mich 1030. Court of Appeals No. 283147.

PEOPLE v ROGER YOUNG, No. 136468. Leave to appeal denied at 482 Mich 1030. Court of Appeals No. 281435.